No. 74–6000.   Trujillo-Hernandez v. Farrell, Commissioner, Immigration and Naturalization Service, et al.   C. A. 5th Cir.   Certiorari denied.

No. 74–6068.   Entrekin v. United States; and
No. 74–6169.   Entrekin v. United States.   C. A. 8th Cir.   Certiorari denied.

No. 74–6092.   Borasky v. United States.   Ct. Cl. Certiorari denied.

No. 74–6096.   Tooker v. United States.   C. A. 3d Cir.   Certiorari denied.

No. 74–6106.   Silman, aka Long v. United States. C. A. 10th Cir.   Certiorari denied.

No. 74–6125.   Mason v. Tehan, U. S. District Judge, et al.   C. A. 7th Cir.   Certiorari denied.

No. 74–6127.   Stroy v. United States.   C. A. D. C. Cir.   Certiorari denied.

No. 74–6129.   Hamilton v. United States.   C. A. 5th Cir.   Certiorari denied.

No. 74–6136.   Bolar v. United States.   C. A. 3d Cir. Certiorari denied.

No. 74–6141.   Redmayne v. United States.   C. A. 5th Cir.   Certiorari denied.

No. 74–6155.   Dowd v. United States.   C. A. 5th Cir.   Certiorari denied.